JAMES BAMFORTH *vs.* JOHN RADDIN & another.

If a bond is given upon the filing of a petition for a review, under Gen. Sts. c. 146, § 38, with condition forthwith to prosecute the review to final judgment, &c., this condition is not broken by the omission to take out an order of notice of the petition, returnable at the next term of court, in compliance with the original order upon the petition, provided a new order of notice, returnable at a subsequent term, is afterwards passed, and the case is still pending in court.

CONTRACT upon a bond given by the defendants upon the filing of a petition in this court for a review of a judgment of the superior court, recovered by the present plaintiff against the present defendant Raddin at June term 1865; the condition of the bond being that " said Raddin shall forthwith prosecute his said petition for review to final judgment, and satisfy such execution as may be issued against him on the review."

**At the** trial in the superior court, before *Brigham,* J., **without**

a jury, it appeared that upon the filing of the petition for a review, at November term 1865, this court issued a *supersedeas* and ordered that all proceedings upon the execution against Raddin be stayed, and that he give bond, according to Gen. Sts. *c.* 146, § 38, and that an order of notice upon the petition be issued, returnable at the next term of court. No such order of notice was issued, and no proceedings were had at the next term of the supreme court; and after the adjournment of that term, this action was brought. At November term 1866 of this court, the order of notice was renewed, returnable at May term 1867. The case is now on the docket of this court, and has been so ever since the petition was entered.

Upon these facts, the judge found for the defendant; and the plaintiff alleged exceptions.

*C. A. Kimball,* for the plaintiff, cited *Lehan* v. *Good,* 8 Cush. 302.

*S. C. Bancroft,* for the defendants.

FOSTER, J. The condition of the bond declared upon has not been broken. While the petition for review is pending, and the court has allowed a second order of notice to issue upon it, the obligors have not failed to prosecute it to final judgment. To do so "forthwith" is a stipulation satisfied by doing so within such time as the court having jurisdiction of the petition may order. *Exceptions overruled*